**Electronically Filed
Supreme Court
SCPW-11-0000751
22-NOV-2011
12:34 PM**

NO. SCPW-11-0000751

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILLIAM MIDDLETON, Petitioner,

vs.

THE HONORABLE GERALD H. KIBE, JUDGE OF THE DISTRICT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CIVIL NO. 1SC11-1-1620)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the motion for reconsideration of the October 31, 2011 order denying the petition for a writ of mandamus, it appears that the motion for reconsideration -- filed on November 21, 2011 -- was not filed within 10 days after the filing of the October 31, 2011 order. See HRAP 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved."). Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration is denied as untimely.

DATED: Honolulu, Hawaiʻi, November 22, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.



/s/ Sabrina S. McKenna